COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS








IN RE: MANUEL RUBEN GARCIA, 


Relator.
§


 


§


 


§


 


§


 


§


 


 § 






No. 08-09-00088-CR

AN ORIGINAL PROCEEDING


IN MANDAMUS


MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Manuel Ruben Garcia has filed a pro se petition for writ of mandamus requesting this
Court to order the Judge of the 143rd Judicial District Court of Ward County Texas to "initiate
process" regarding Relator's Motion for Forensic DNA testing pursuant to Chapter 64 of the
Texas Code of Criminal Procedure.

 In order to obtain relief through a writ of mandamus, a relator must establish: (1) no
other adequate remedy at law is available; and (2) that the act he seeks to compel is ministerial. 
State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana, 236 S.W.3d 207, 210
(Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. 
State ex rel. Hill v. Court of Appeals for the Fifth District, 34 S.W.3d 924, 927 (Tex.Crim.App. 
2001). Based on the petition and record provided, Mr. Garcia has not demonstrated he is
entitled to mandamus relief. See Tex.R.App.P. 52.8. We therefore deny relator's request.



May 27, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)